# United States Navy-Marine Corps Court of Criminal Appeals

**UNITED STATES**
            *Appellee*

            v.

**Tristen H. MALFE**
**Hospitalman (E-3)**
**U.S. Navy**

            *Appellant*

**NMCCA NO. 201900187**

**Panel 3**

**O R D E R**

*Abating All Proceedings Ab Initio*

---

It has come to the Court's attention[1] that on 20 July 2021, while this appeal was still pending before the Court, Appellant died in Boulder County, Colorado, as a result of the toxic effects of fentanyl. The coroner ruled the manner of death as accident.

Accordingly, it is, by the Court, this 30th day of March, 2022,

**ORDERED:**

(1) That all court-martial proceedings are **ABATED AB INITIO**.[2]

(2) That all rights, privileges, and property of which the Appellant was deprived by virtue of the execution of any portion of the sentence will be **RESTORED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] Notwithstanding N-M. Ct. Crim. App. R. 23.6, Appellant's counsel has not filed a motion to attach a death certificate or to abate proceedings.

[2] *See United States v. Ribaudo*, 62 M.J. 286, 289 (C.A.A.F. 2006), "[D]eath during the pendency of an appeal of right abates the proceedings ab initio."

Copy to:
45 (CAPT Belsky)
46
02